IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BENJAMIN JOHN SYNHA,<br><br>    Defendant. | Case No. 3:22-cr-00064-JMK-KFR |

### ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 34. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Kyle F. Reardon by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the Magistrate Judge at which Mr. Synha entered a guilty plea to Count 1 of the Indictment, which is a violation of 18 U.S.C. §§ 922(g) and 924(a)(2), Felon in Possession of a Firearm, as well as an admission to the Criminal Forfeiture Allegation.

Judge Reardon issued a Final Report and Recommendation at Docket 44, in which he recommended that the District Court accept the Defendant's plea of guilty to

Counts 1 of the Indictment and his admission to the Criminal Forfeiture Allegation. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Indictment, Felon in Possession of a Firearm, and his admission to the Criminal Forfeiture Allegation. Defendant is adjudged GUILTY of Counts 1.

The Imposition of Sentence hearing in this matter is confirmed for May 24, 2023, at 10:00 a.m. in Courtroom 3.

DATED this 24th day of April, 2023 at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge
